AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    3:19-cv-00479 |
| COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF VIRGINIA, LLC and QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC                                    .

Date:     06/28/2019

/s/ Matthew B. Kirsner
*Attorney's signature*

Matthew B. Kirsner, VSB No. 41615
*Printed name and bar number*

ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street
Suite 1300
Richmond, Virginia 23219
*Address*

mkirsner@eckertseamans.com
*E-mail address*

(804) 788-7752
*Telephone number*

(804) 698-2950
*FAX number*