AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company<br><br>*Plaintiff*<br>v.<br>COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.    3:19-cv-00479 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF VIRGINIA, LLC and QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC                    .

Date:     06/28/2019

/s/ Anthony F. Troy
*Attorney's signature*

Anthony F. Troy, VSB No. 06985
*Printed name and bar number*

ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 East Main Street
Suite 1300
Richmond, Virginia 23219
*Address*

ttroy@eckertseamans.com
*E-mail address*

(804) 788-7752
*Telephone number*

(804) 698-2950
*FAX number*