AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| POM OF VIRGINIA, LLC, a Wyoming limited liability company, QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC, a Wyoming limited liability company<br>*Plaintiff*<br>v.<br>COLEMAN MUSIC AND ENTERTAINMENT, LLC, a Florida limited liability company<br>*Defendant* | )<br>)<br>)<br>)  Case No.   3:19-cv-00479<br>)<br>) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF VIRGINIA, LLC and QUEEN OF VIRGINIA SKILL AND ENTERTAINMENT, LLC                                                                                              .

Date:      06/28/2019                                                                 /s/ Jessica A. Glajch
                                                                                          *Attorney's signature*

                                                                                 Jessica A. Glajch, VSB No. 83924
                                                                                   *Printed name and bar number*
                                                                            ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                                                            1717 Pennsylvania Avenue, N.W.
                                                                            Suite 1200
                                                                            Washington, D.C. 20006
                                                                                          *Address*

                                                                                 jglajch@eckertseamans.com
                                                                                     *E-mail address*

                                                                                   (804) 788-7752
                                                                                   *Telephone number*

                                                                                   (804) 698-2950
                                                                                      *FAX number*